

# BEVERLY CRUMLEY HAYS COUNTY DISTRICT CLERK
Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas 78666
512/393-7660

**FILED**

**June 15, 2015**

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

To:   Jeffrey D. Kyle
      Clerk, Court of Appeals
      Third District of Texas
      P. O. Box 12547
      Austin, Texas 78711-2547

Re:   Appellate Court #03-14-00217-CR
      TC Cause # CR-13-0078
      Style:  State of Texas vs. Jonathan Porterie

Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on June 12, 2015.

Beverly Crumley
District Clerk, Hays County

By: _____
    Kathy Orlowski, Deputy